UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AUG - 8 2018

| UNITED STATES OF AMERICA, PLAINTIFF v. Jose Cuco Portillo, DEFENDANT(S). | CASE NUMBER CR 18-346-DSF-6 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __8/14/18__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __J. Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/8/18__

U.S. District Judge/Magistrate Judge